*May 5, 1942.*

SHERMAN and another, Appellants, vs. WOODLAND BUILDERS CORPORATION, Respondent.

For the appellants: *Morrissy & Morrissy* of Lake Geneva.

For the respondent: *Ruzicka & Fulton* and *Simmons, Walker, Wratten & Sporer,* all of Racine.

*By the Court.*—Order affirmed.

DIER, Administrator, Respondent, vs. MILLER and others, Appellants.

For the appellants: *Everson, Ryan & Hanaway* of Green Bay.

For the respondent: *North, Bie, Duquaine, Welsh & Trowbridge* of Green Bay.

*By the Court.*—Judgment affirmed.